

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed December 27, 2012**

---

Sidney H. Scheinberg, Esq.
SBN 17736620
GLAST, PHILLIPS & MURRAY, P.C.
14801 Quorum Drive Suite 500
Dallas, TX 75254-1449
(972)419-7177; Fax (972)419-8329
Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| BRANT ALAN NELSON | § | CASE NO.   12-70391 |
| JESSICA LYNN NELSON, | § | |
|     Debtor. | § | |

## AGREED ORDER LIFTING AUTOMATIC STAY

BEFORE ME came to be heard the motion of secured creditor Kia Motor Finance Company to lift the Stay in this bankruptcy regarding that certain 2011 Kia Sorento, VIN 5XYKT3A1XBG179895, and came the Kia Motor Finance Company and Debtors who announced to the Court that an agreement had been reached; the Court, having considered the motion and exhibits on file herein, renders the following order:

IT IS ORDERED, ADJUDGED AND DECREED that the Stay shall be lifted in this bankruptcy with specific regard to the 2011 Kia Sorento described above, and is hereby granted the right to immediately pursue its remedies under State law, including recovery of said vehicle.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in the event Kia Motor Finance Company exercises its rights to sell or otherwise liquidate the said vehicle pursuant to this Order or any subsequent Order for Relief from Stay, Kia Motor Finance Company shall have the right to file an amended Proof of Claim within 90 days after the sale of said vehicle, for any deficiency balance remaining and such balance is to be treated and paid as an unsecured claim.  So long as Debtors obtain a discharge in this case, Debtors will have no personal liability as to any deficiency.  Kia Motor Finance Company maintains this right in the event that this case should convert to a subsequent chapter.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

IT IS FURTHER ORDERED that, in the event Debtor's bankruptcy is dismissed and reinstated, or in the event Debtor's bankruptcy convert's to a different bankruptcy Chapter, this Agreed Order shall be considered a part of any such bankruptcy.

APPROVED AS TO FORM AND SUBSTANCE:

By/s/ Sidney H. Scheinberg  
SIDNEY H. SCHEINBERG  
GLAST, PHILLIPS & MURRAY, P.C.  
14801 Quorum Drive Suite 500  
Dallas, TX 75254  
972-419-7177; Fax 972-419-8329  
ATTORNEYS FOR MOVANT  
Kia Motor Finance Company

By/s/Monte J. White  
MONTE J. WHITE  
1106 Brook Avenue  
Wichita Falls, TX 76301  
(940)723-0099; Fax (940)723-0096  
ATTORNEY FOR DEBTORS