

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 9, 2013

*Harlin DeWayne Hale*
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

BRANT ALAN NELSON
JESSICA LYNN NELSON

CASE NO: 12-70391-HDH-13
HEARING DATE: 7/17/2013
HEARING TIME:  10:00 AM

### ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Burkburnett ISD is allowed a secured claim for 2012 property taxes on 1043 Christie Ln of $127.00 to be valued at $234.29 and paid direct by debtor. Burkburnett ISD secured claim for 2012 property taxes of 718 Sunset Drive for $1,378.22  is surrendered with a value of $2,735.71.  The secured claims of Wells Fargo Bank and Ally Financial shall be paid over 58 months.
Debtor shall pay 5 payments of $1,109.00 beginning 11/10/2012.  Then Debtor shall pay 4 payments of $1,609.00 beginning 4/10/2013.  Then Debtor shall pay 51 payments of $1,202.00 beginning 8/10/2013 for a total of $73,283.00.  Kia Motors is allowed an amended deficiency claim, clerk's amended claim #7, to be paid pro rata with all other timely filed general unsecured claims in this case.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey